# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR461 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BENJAMIN LEE FULLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Benjamin Lee Fuller (Fuller) (Filing No. 16). Mr. Thomas represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. Thomas' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 16) is granted.

Andrew J. Wilson, 2120 South 72nd Street, #1500, Omaha, NE 68124, (402) 392-1500, is appointed to represent Fuller for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Thomas shall forthwith provide Mr. Wilson with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to Fuller's defense.

The clerk shall provide a copy of this order to Mr. Wilson, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 14th day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge